UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOVICA PETROVIC, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:15CV1493 HEA |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

### OPINION, MEMORANDUM AND ORDER

This matter is before the Court on remand from the United States Court of Appeals for the Eighth Circuit for review of petitioner's motion to proceed in forma pauperis on appeal. As petitioner was previously authorized to proceed in forma pauperis in this action, the Court will grant petitioner the authority to proceed in forma pauperis on appeal.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion to proceed in forma pauperis on appeal [Doc. #34] is **GRANTED**.

Dated this 8th day of December, 2017.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE